UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AMCO Insurance Company, | Civil No. 05-1296 (RHK/AJB) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Steven Dorpinghaus, d/b/a Dorpinghaus Construction, Tommy John Lokken, Richard John Rimer, III, and Anthony Steven Dorpinghaus, | |
| Defendants. | |
| and | |
| Steven Dorpinghaus, d/b/a Dorpinghaus Construction, | |
| Third-Party Plaintiff, | |
| v. | |
| Thomas Harder and Emerald Insurance Agency, Inc., | |
| Third-Party Defendants. | |

---

Based upon the Stipulation and agreement by and among the parties, through their respective counsel, **IT IS ORDERED** that the Third-Party Complaint against Thomas Harder and Emerald Insurance Agency, Inc. ("Harder and Emerald"), including all claims, cross-claims and counterclaims asserted against Harder and Emerald may be and hereby are **DISMISSED**

**WITHOUT PREJUDICE**, without costs to any party.

Dated: April 6, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge